# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

| In the Matter of | Case Number: |
|---|---|
| CHERYL CULLEN | |
| V. | |
| HOME DEPOT U.S.A., INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HOME DEPOT U.S.A., INC.

**J. N.**

| NAME (Type or print) |
|---|
| JASON J. FRIEDL |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jason J. Friedl |

| FIRM |
|---|
| PURCELL & WARDROPE, CHTD. |

| STREET ADDRESS |
|---|
| 10 SOUTH LASALLE STREET, SUITE 1200 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06273533 | (312) 427-3900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

| RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |
|---|---|