**FILED**
**DECEMBER 13, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**07 C 7023**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

In the Matter of    Case Number:

CHERYL CULLEN

V.

HOME DEPOT U.S.A., INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HOME DEPOT U.S.A., INC.

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| JONATHAN P. SCHAEFER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jonathan P. Schaefer | |
| FIRM | |
| PURCELL & WARDROPE, CHTD. | |
| STREET ADDRESS | |
| 10 SOUTH LASALLE STREET, SUITE 1200 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06182649 | TELEPHONE NUMBER (312) 427-3900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |