3551-DP/BSP/JLD381

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

CHERYL CULLEN,    )
                    )
       Plaintiff,    )
v.    )
                    )
THE HOME DEPOT U.S.A., INC.,    )
                    )
       Defendant.    )

**J. N.**

## NOTICE OF FILING

To:    Patrick F. Bradley
         1533 Shermer Road
         Northbrook IL  60062

    YOU ARE HEREBY NOTIFIED that on **December 13, 2007,** we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's *Notice of Removal, Civil Cover Sheet and Appearance,* copies of which are attached hereto.

                                      By:    s/ Jason J. Friedl

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\Jjf\3551\Pleadings\NOF002.doc

## AFFIDAVIT OF MAILING

    I, Sarah N. Johnson, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents referenced, to all attorneys of record, at their listed addresses, on **December 13, 2007.**

                                              s/ Sarah N. Johnson

SUBSCRIBED AND SWORN to before
me this 13th day of December, 2007.

    s/ Josefina Rojas
    NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011