UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Cheryl Cullen
           Plaintiff,

v.           Case No.: 1:07−cv−07023
           Honorable Milton I. Shadur

Home Depot U.S.A., Inc., The
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2007:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Because untimeliness of a removal is not a jurisdictional flaw, a sua sponte remand to the Circuit Court of Cook county would be inappropriate. Instead this Court orders counsel for both parties to appear at a status hearing on 12/26/2007 at 09:00 AM to discuss whether this action will go forward in this District Court or in its state court of origin.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.