3551 JJF/BSP HD381

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL CULLEN, | ) | |
| Plaintiff, | ) | No.   07 C 7023 |
| v. | ) | |
| | ) | Judge Shadur |
| THE HOME DEPOT U.S.A., INC., | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF FILING

**To:** Patrick F. Bradley
1533 Shermer Road
Northbrook IL  60062

YOU ARE HEREBY NOTIFIED that on **December 18, 2007,** we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's *Amended Notice of Removal of Cause to the United States District Court for the Northern District of Illinois,* copies of which are attached hereto.

By:   s/ Jason J. Friedl

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\Ujf\3551\Pleadings\NOF003.doc

## AFFIDAVIT OF MAILING

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents referenced, to all attorneys of record, at their listed addresses, on **December 18, 2007**.

s/ Genevieve Zimmerman

SUBSCRIBED AND SWORN to before

me this 18th day of December, 2007.

s/ Josefina Rojas
NOTARY PUBLIC