## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Cheryl Cullen

                            Plaintiff,

v.                                              Case No.: 1:07−cv−07023
                                                Honorable Milton I. Shadur

Home Depot U.S.A., Inc., The

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 26, 2007:

     MINUTE entry before Judge Milton I. Shadur :Motion to amend/correct [11] is granted; Status hearing held on 12/26/2007.Status hearing set for 3/21/2008 at 08:45 AM. Plaintiff's counsel waived issue of untimeliness of removal.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.