# United States District Court
# Northern District of Illinois

In the Matter of

Cullen

v.

Home Depot

Case No. 07 C 7023

Designated Magistrate Judge
Maria Valdez

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge **Ronald A. Guzman**. The reasons for my recommendation are indicated on the reverse of this form.

Judge Milton I. Shadur

Dated: July 1, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Ronald A. Guzman**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: JUL - 2 2008

Reassignment/Named Judge (Rev. 9/99)

| | | |
|---|---|---|
| ☐ | 40.3(B)(2) | This case appears to involve the same parties and subject matter as case number ____ assigned to the calendar of Judge ____ and dismissed prior to the filing of this case. |
| ☐ | IOP 13 | This cause was assigned from the calendar of Judge ____ for coordinated or consolidated pretrial discovery proceedings. |
| ☐ | | This cause was assigned from the calendar of Judge ____ as a Multi-District Litigation case. Consolidated pretrial has been completed and the case should be reassigned to said Judge. |
| ☐ | IOP 13 | This case should be transferred to the Fugitive Calendar as the defendant is a fugitive. |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ which was reassigned by agreement to my calendar on ____ . |
| ■ | IOP 13 | This case should be reassigned as a replacement for case number **07-6882** in which a recusal was permitted. |



Reassignment/Named Judge (Rev. 9/99)