UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cheryl Cullen
                    Plaintiff,

v.                                          Case No.: 1:07−cv−07023
                                            Honorable Ronald A. Guzman

Home Depot U.S.A., Inc., The
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 8/11/2008. Plaintiff's expert reports by 9/25/08. Defendant's expert reports by 11/6/08. All discovery ordered closed by 2/6/2009. Status hearing set for 2/9/2009 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.